

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2015

No. 04-14-00690-CV

Thomas **ROSAS**, Jaime Rosas, and all Occupants,
Appellants

v.

**21ST MORTGAGE CORPORATION**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2014-CV-00771
Honorable Tina Torres, Judge Presiding

# O R D E R

The appellant's brief was due to be filed in this appeal on January 8, 2015. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. Tex. R. App. P. 38.8(a).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court